UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| MALISSA MCKEOWN,<br><br>Plaintiff,<br><br>v.<br><br>TOUCHET SCHOOL DISTRICT NO. 300, a Washington municipal corporation; MIKE INGHAM, an individual; and SANRA BRADLEY, an individual,<br><br>Defendants. | NO:  CV-09-5083-RMP<br><br>ORDER OF DISMISSAL WITH PREJUDICE |

BEFORE the Court is the parties' Motion for Entry of Stipulated Order of Dismissal (Ct. Rec. 69).  Having reviewed said motion and the file and pleadings therein, the Court deems itself otherwise fully advised in the premises.  Accordingly,

**IT IS HEREBY ORDERED:**

1. The parties' Motion for Entry of Stipulated Order of Dismissal (**Ct. Rec. 69**) is **GRANTED**.  Plaintiff's Complaint and any and all counterclaims

ORDER OF DISMISSAL WITH PREJUDICE ~ 1

and/or cross-claims are dismissed with prejudice and without costs to any party.

2. All pending motions, if any, are **DENIED AS MOOT**.

3. All scheduled court hearings, if any, are **STRICKEN**.

The District Court Executive is directed to enter this Order, provide copies to counsel, and **CLOSE** this file.

**DATED** this 4th day of January, 2011.

                                           *s/ Rosanna Malouf Peterson*
                                    ROSANNA MALOUF PETERSON
                                    United States District Court Judge

ORDER OF DISMISSAL WITH PREJUDICE ~ 2